[No. 65839-5-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DAVID WAIS, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 10-1-00091-8, Alan R. Hancock, J., entered August 4, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Spearman, JJ.

[No. 65849-2-I.   Division One.   July 25, 2011.]

DONNARAE LEMCKE ET AL., *Appellants*, v. LOWE'S HIW, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-08223-3, Linda C. Krese, J., entered July 13, 2010. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 66042-0-I.   Division One.   July 25, 2011.]

JOHN THOMAS ENTLER, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-05000-9, David A. Kurtz, J., entered September 10, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 66371-2-I.   Division One.   July 25, 2011.]

*In the Matter of the Dependency of* S.H.L.B.-L.

KEVIN LOUCH, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-7-00626-3, Patricia H. Clark, J., entered November 5, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.